UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023
```

UNITED STATES OF AMERICA,

-v-

ANGEL ROBERTHO PERI CACHO,
                                    Defendant.

23-cr-216 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court previously directed the parties to appear for an arraignment on May 2, 2023. However, that morning, the United States Marshals informed the Court via email that Mr. Cacho was refusing to leave his housing unit at MDC. The Courtroom Deputy immediately contacted the parties via email. Thereafter on May 2, 2023, defense counsel advised the Court via email that he was "trying to set up a call with Mr. Cacho [to] understand what happened." And the government filed a letter stating that, "[w]hile it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendants are arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment" [ECF No. 7].

Accordingly, IT IS HEREBY ORDERED that the arraignment is ADJOURNED to May 15, 2023 at 11:00 a.m. IT IS FURTHER ORDERED that defense counsel shall file a letter by May 11, 2023 advising the Court of the circumstances of Mr. Cacho's refusal to appear in court on May 2, 2023. IT IS FURTHER ORDERED that, in the interest of justice and without any objection by the defense, all time is excluded until May 15, 2023.

The Clerk of Court respectfully is requested to terminate the letter motion at docket entry 7.

**SO ORDERED.**

Date: May 4, 2023
      New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge