UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023
```

UNITED STATES OF AMERICA,

-v-

ANGEL ROBERTHO PERI CACHO,
                              Defendant.

23-cr-216 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the conference that was previously scheduled to take place on June 5, 2023 is ADJOURNED.

IT IS FURTHER ORDERED that, if the defense had intended to make any pre-trial motions at the June 5 conference, the defense shall file all such motions on ECF by June 12, 2023.

IT IS FURTHER ORDERED that the trial in this case will begin on August 22, 2023. The Court will allow two days for the trial, including jury selection. The parties shall file any motions *in limine* and all other required pretrial filings described in the Court's Individual Rules of Practice in Criminal Cases by July 24, 2023.

IT IS FURTHER ORDERED that, if the government wishes to move to exclude time under the Speedy Trial Act, the government must file a written motion, indicating whether the defense consents, by 4:00 p.m. today.

**SO ORDERED.**

**Date:  June 5, 2023**
       **New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**