

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/5/2023 |

June 5, 2023

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Angel Robertho Peri Cacho*, 23 Cr. 216 (MKV)

Dear Judge Vyskocil:

      The Government respectfully requests that the time between today and the trial date of August 22, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties an opportunity to further discuss the possibility of pretrial resolutions of this case. Defense counsel does not oppose this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Katherine Cheng
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2492
      Katherine.Cheng@usdoj.gov

cc (by ECF): Mark Gombiner, Esq.

---

**Granted. SO ORDERED.**

Date: June 5, 2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge