UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2023
```

UNITED STATES OF AMERICA,

    -v-

ANGEL ROBERTHO PERI CACHO,
                      Defendant.

23-cr-216 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on July 20, 2023 at 12:30 p.m.

**SO ORDERED.**

Date: **July 17, 2023**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**