| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __7/18/2023__ |

UNITED STATES OF AMERICA,

-v-                                                      23-cr-216 (MKV)

ANGEL ROBERTHO PERI CACHO,                               ORDER
                              Defendant.

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the change of plea hearing is adjourned to July 20, 2023 at 3:30 p.m.

**SO ORDERED.**

*[Signature: Mary Kay Vyskocil]*

**Date:  July 18, 2023**          **MARY KAY VYSKOCIL**
       **New York, NY**             **United States District Judge**