UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

UNITED STATES OF AMERICA,

-v-

ANGEL ROBERTHO PERI CACHO,
                       Defendant.

23-cr-216 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the change of plea hearing is adjourned to August 10, 2023 at 12:00 p.m.

**SO ORDERED.**

Date: July 24, 2023
      New York, NY

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**