UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANGEL ROBERTHO PERI CACHO,
                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2023

23-cr-216 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The parties appeared for a change of plea hearing on August 10, 2023. On the record at the hearing, defense counsel expressed reservations about Defendant's mental competency to enter a guilty plea, and the defendant stated that he wished to proceed to trial. Defense counsel further stated that he intended to arrange a mental competency examination of Defendant. For those reasons, and on the basis of the Court's own observations of Defendant's demeanor and statements, the Court ruled that it could not proceed to accept any plea from Defendant at the August 10, 2023 hearing. As stated on the record at the hearing, IT IS HEREBY ORDERED that the parties shall file a joint status letter by August 17, 2023 informing the Court of when the mental competency examination will take place and how the parties propose to proceed in this case, including whether the Court must adjourn the trial that is scheduled to begin on August 22, 2023.

      IT IS FURTHER ORDERED that, on the consent of the defense, all time is excluded until August 22, 2023 to serve the ends of justice and to allow time for the mental competency examination. *See* 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(1)(A) (providing that any "delay resulting from" an examination "to determine the mental competency . . . of the defendant" shall be excluded).

**SO ORDERED.**

Date: August 10, 2023
      New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**