

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2023

October 11, 2023

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Angel Robertho Peri Cacho*, 23 Cr. 216 (MKV)**

Dear Judge Vyskocil:

The parties write respectfully to provide a status update in the above-referenced matter.

Preliminary information provided to the parties from a clinical psychologist who evaluated defendant Angel Robertho Peri Cacho in September 2023 suggests that the defendant is likely to be found competent, but a full competency evaluation report remains forthcoming. In anticipation of the full report, defense counsel has begun the process of preparing a deferred prosecution application. In light of these ongoing matters, the parties request an adjournment of the currently scheduled October 17, 2023 status conference until the week of November 6, 2023.

In addition, the Government requests that time between October 17, 2023 and the date of the status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the trial in a speedy trial, as the proposed exclusion will allow the parties time to receive and assess the full psychological report of the defendant's competency and determine the appropriate path forward. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ______________________________
Katherine Cheng
Assistant United States Attorney
Southern District of New York
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc: Mark Gombiner, Esq.

**The adjournment request is DENIED. SO ORDERED.**

Date: 10/12/2023
New York, New York

Mary Kay Vyskocil
United States District Judge