UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023

UNITED STATES OF AMERICA,

-v.-

ANGEL ROBERTHO PERI CACHO,

                Defendant.

23-cr-216 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge

The Court held a status conference with the parties on October 17, 2023. As discussed at that conference, it is HEREBY ORDERED:

- The Court will hold a status conference with the parties on **October 31, 2023** at 12:00 PM.

- Trial will be held beginning on **November 28, 2023**. This case is trial ready, and the parties are on notice that they must be prepared to try the case at that time. The Court will allow no more than three days for this trial.

- On or before **November 6, 2023**, the parties shall submit joint proposed *voir dire* questions, verdict form, and requests to charge as required by this Court's Individual Rules of Practice, Section 5.A. The joint proposed *voir dire* questions should list the questions on which the parties agree and, for any questions that are not jointly agreed, each party's proposed additional questions. Any contested, competing proposals in the verdict forms and requests to charge shall be listed adjacent to one another, with the objection to the other side's proposal noted. Proposed requests to charge shall be formatted on a separate page for each charge with any competing charge indicated, and include authority that supports the requested instruction. Only case-specific charges should be included in the proposed requests to charge (*i.e.*, the parties should not include general charges applicable in all criminal cases, such as an explanation of the burden of proof).

- On or before **November 3, 2023**, the parties shall serve and file any *in limine* motions. Oppositions to *in limine* motions shall be filed on or before **November 8, 2023**. Replies shall be filed on or before **November 10, 2023**.

- The parties shall appear for a final pretrial conference on **November 16, 2023, at 11:30 AM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Date:   October 17, 2023
        New York, New York

_____
**MARY KAY VYSKOCIL**
**United States District Judge**