USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Angel Robertho Peri Cacho,

                *Defendant.*

~~[Proposed]~~ Order of
Psychological Examination

23 Cr. 216

    IT IS HEREBY ORDERED that the Bureau of Prisons (BOP) have a licensed psychologist or psychiatrist conduct a mental health examination of defendant Angel Robertho Peri Cacho, Registration Number 51493-510, in order to assess his current mental health condition and identify any need for mental health treatment.

    IT IS FURTHER ORDERED that the BOP conduct the evaluation of the defendant within 5 days of the date of this order and provide to the Court the results of, and accompanying medical records relating to, the defendant's mental health examination within 3 days after the examination is conducted. **The results should also be provided to counsel for both parties and Pre-Trial Services within 3 days of the examination.**

SO ORDERED:

[Date] 10/31/2023
New York, New York

_____
HON. MARY KAY VYSKOCIL
United States District Judge