USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANGEL ROBERTHO PERI CACHO,
                        Defendant.

23-cr-216 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Metropolitan Detention Center ("MDC") is HEREBY ORDERED to immediately provide the following records to counsel for the Government and the Defendant, in addition to Pre-Trial Services: (1) Defendant's medical records, (2) Defendant's medication records, (3) Defendant's disciplinary history, and (4) all information with respect to the Defendant's housing at MDC.

**SO ORDERED.**

**Date: October 31, 2023**
      **New York, NY**

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**