USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Angel Robertho Peri Cacho,

*Defendant.*

[~~Proposed~~] Order of
Release with Medications

23 Cr. 216

IT IS HEREBY ORDERED that the Bureau of Prisons (BOP) provide defendant Angel Robertho Peri Cacho, Registration Number 51493-510, with a 30-day supply of all prescribed medications at the time of his release from custody.

SO ORDERED:

November 16, 2023
New York, New York

_____
HON. MARY KAY VYSKOCIL
United States District Judge