

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10287*

May 9, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Angel Robertho Peri Cacho*, 23 Cr. 216 (MKV)

Dear Judge Vyskocil:

    The Government respectfully writes in response to the Court's request for a status update in the above-referenced matter. On November 16, 2023, the parties, the United States Pretrial Services Office, and this Court executed an agreement that deferred prosecution in this case for six months, until on or about May 16, 2024, under certain terms and conditions. However, on or about November 16, 2023, the defendant Angel Robertho Peri Cacho was taken into custody by officers from the United States Immigration and Customs Enforcement and ultimately removed from the United States to Honduras on or about February 28, 2024.

    Since April 2025, when the Court first inquired about the status of this case, the Government has sought further information in order to determine how best to proceed under the circumstances. At this time, the Government is not aware of the defendant being present in the United States nor has the Government been able to obtain additional information regarding the defendant's conduct outside of the United States since he was deported in February 2024. Thus, the Government requests an additional 60 days to provide a further status update to the Court. This time will allow the Government to coordinate with law enforcement partners located abroad and other agencies as needed in order to obtain further information about the defendant's activities and location for the purpose of evaluating how to proceed. Defense counsel consents to this proposal.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc (by ECF):  Mark Gombiner, Esq.
Laura Gialanella, Pretrial Services Officer

---

**Granted. SO ORDERED.** Status letter due July 9, 2025.

Date: May 15, 2025
New York, New York

_____
Mary Kay Vyskocil
United States District Judge