

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10287*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/4/2025
```

July 15, 2025

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Angel Robertho Peri Cacho*, 23 Cr. 216 (MKV)

Dear Judge Vyskocil:

      The Government respectfully writes in response to the Court's request for a status update in the above-referenced matter. On November 16, 2023, the parties, the United States Pretrial Services Office, and this Court executed an agreement that deferred prosecution in this case for six months, until on or about May 16, 2024, under certain terms and conditions. However, on or about November 16, 2023, the defendant Angel Robertho Peri Cacho was taken into custody by officers from the United States Immigration and Customs Enforcement and ultimately removed from the United States to Honduras on or about February 28, 2024. On May 15, 2025, the Court granted the Government's request for 60 days to try to obtain information about the defendant's activities and location in order to evaluate how to proceed and provide a status update to the Court.

      The Government has learned that approximately four days after the expiration of the deferred prosecution agreement, the defendant had a domestic violence incident in Honduras. In order to try to obtain additional details about that incident and any other criminal history information from law enforcement partners located abroad and evaluate how to proceed, the Government respectfully requests an additional 45 days to provide the Court with a further status update. Defense counsel consents to this proposal.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: _____
        Katherine Cheng
        Assistant United States Attorney
        (212) 637-2492
        Katherine.Cheng@usdoj.gov

cc (by ECF):  Mark Gombiner, Esq.
               Laura Gialanella, Pretrial Services Officer

---

Status letter due on September 8, 2025.  SO ORDERED.

Date: Sept. 4, 2025
New York, New York

_____
Mary Kay Vyskocil
United States District Judge